CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE VA
FILED for
RKc
FEB 19 2009
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **MICHAEL ALAN CRUZEN,** | ) | Civil Action No. 7:08-cv-00546 |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | By: **Hon. Jackson L. Kiser** |
| **Respondent.** | ) | **Senior United States District Judge** |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to vacate judgment, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; petitioner's motion to appoint counsel is **DISMISSED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

**ENTER**: This ___19th___ day of February, 2009.

Senior United States District Judge